# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TRACY GREEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No.  CV 06-S-0250-S** |
| ) | |
| **R & L FOODS, LLC D/B/A** ) | |
| **WENDY'S OLD  FASHIONED** ) | |
| **HAMBURGERS RESTAURANT,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on September 11, 2007, recommending that the motion for summary judgment filed by defendant R & L Foods, LLC,  be granted.  The parties were directed to Federal Rule of Civil Procedure 72 for the purposes of filing objections.  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the file, the court is of the opinion that the magistrate judge's findings are due to be, and they hereby are ADOPTED, and his recommendation is ACCEPTED.   Accordingly, defendant's motion for summary judgment is due to be granted.  A Final Judgment will be entered contemporaneously herewith.

DONE this the 2nd day of October, 2007.

                                                                /s/ Lynwood Smith_____

                                                                United States District Judge